# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

AMENDED

No. **11-1069**


PPL CORPORATION AND SUBSIDIARIES

v.

COMMISSIONER OF INTERNAL REVENUE,
Appellant

_____

Appeal from Decision of the
United States Tax Court
Tax Court Docket No. 07-25393
Tax Court Judge:  Honorable James S. Halpern

_____


Present:      AMBRO, CHAGARES and GARTH, <u>Circuit Judges</u>


_____  **J U D G M E N T   O R D E R** _____

By Opinion and Judgment entered December 22, 2011, this Court held that the United Kingdom windfall tax is not creditable foreign tax under Internal Revenue Code §901 and reversed the decision of the Tax Court.

By order dated October 29, 2012, the Supreme Court of the United States granted PPL Corporation's petition for writ of certiorari.  On May 20, 2013, the Supreme Court issued its opinion reversing the judgment of this Court.

Accordingly, it is hereby ORDERED that the judgment of the Tax Court is hereby affirmed.  Costs taxed in favor of Appellees

By the Court,

<u>s/ Thomas L. Ambro</u>
Circuit Judge

Dated: August 26, 2014

Appeal No. 11-1069
PPL Corp v. Commissioner of Internal Revenue
Page 2


DWB/cc:

> Mark B, Bierbower, Esq.
> Timothy L. Jacobs, Esq.
> Richard E. May, Esq.
> Thomas J. Clark, Esq.
> Gilbert S. Rothenberg, Esq.
> Francesca U. Tamami, Esq.
> Alan I. Horowitz, Esq.
> John A. Nolet, Esq.
> Francesca Ugolini, Esq.